**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Nelson, | No. CV-20-02358-PHX-MTL |
| Petitioner, | **ORDER** |
| v. | NOT FOR PUBLICATION |
| State of Arizona, et al., | |
| Respondents. | |

Before the Court is the Report and Recommendation of the Magistrate Judge ("R & R") (Doc. 25) recommending that the Court dismiss Petitioner's Third Amended Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 15) as untimely. Neither party has filed objections to the R & R, and the time to do so has passed.[*]

In reviewing an R & R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been

---

[*] Although Petitioner did not file objections to the R & R, he did file a Motion for Subpoena (Doc. 26), a Motion to Compel Discovery (Doc. 27), a Motion for Evidentiary Hearing (Doc. 28), and a Motion for Certificate of Appealability (Doc. 30). Because the Court will accept the Magistrate Judge's R & R and dismiss Petitioner's habeas petition, the Court denies as moot Petitioner's pending motions. (Docs. 26–28, 30.)

received, the Court will accept and adopt the R & R.

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 25) is **accepted**; accordingly,

1. The Third Amended Petition (Doc. 15) is **dismissed with prejudice**.

2. If Petitioner files an appeal, issuance of a certificate of appealability and leave to proceed in forma pauperis on appeal are **denied** because dismissal of the Third Amended Petition is justified by a plain procedural bar.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Subpoena (Doc. 26), Motion to Compel Discovery (Doc. 27), Motion for Evidentiary Hearing (Doc. 28), and Motion for Certificate of Appealability (Doc. 30) are **denied as moot**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

Dated this 2nd day of August, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge